RALPH E. FARRIER, PROSECUTOR, v. GEORGE L. OLSON
ET AL., DEFENDANTS.

Submitted January 21, 1941—Decided March 18, 1941.

Before BROGAN, CHIEF JUSTICE, and Justices PARKER and PERSKIE.

For the prosecutor, *Morton C. Steinberg.*

For the defendants, *William W. Whitson.*

PER CURIAM.

The matter was submitted on briefs, but no state of the case is presented. The clerk's docket and file indicate that there was a rule to show cause for a *certiorari,* returnable to the present term, but there is nothing to show that a state of the case was prepared as required by rule 154, much less lodged with the sergeant-at-arms as required either by paragraph (d) or paragraph f-3 of rule 155. Consequently there is nothing before the court for decision.

The rule will be discharged, with costs.